# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

2008 JUL -9 AM 11:22

United States of America
v.
Marvin Edward Jackson

Case No: CR499-00239-001
USM No: 10291-021

Date of Previous Judgment: May 11, 2000
(Use Date of Last Amended Judgment if Applicable)

Stephen McCusker
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ________ months **is reduced to** ________.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

The amendment to the crack cocaine guideline does not result in a change to the defendant's advisory guideline range. The defendant's offense level was determined by the Count 3 offense, possession of a firearm by a convicted felon. The Count 1 offense, distribution of crack cocaine, had no impact on the defendant's guideline range.

Except as provided above, all provisions of the judgment dated May 11, 2000, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's signature

Effective Date: ________
(if different from order date)

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title